PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Sandy Castillo      Cr.: 22-00716-001
     PACTS #: 5194123

Name of Original Judicial Officer:    THE HONORABLE VALERIE CAPRONI
     UNITED STATES DISTRICT JUDGE - SDNY

Name of New Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
     UNITED STATES DISTRICT JUDGE - DNJ

Date of Original Sentence: 08/30/2018

Original Offense:     Count One: Hobbs Act Robbery

Original Sentence: 60 months imprisonment, 36 months supervised release

Special Conditions: Drug Treatment, Cognitive Behavioral Treatment, Search/Seizure,

Type of Supervision: Supervised Release      Date Supervision Commenced: 05/19/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Mr. Castillo tested positive for fentanyl on December 6, 2022 and December 22, 2022. He tested positive for cocaine on December 22, 2022. |
| | On December 22, 2022, Mr. Castillo was arrested by state parole for parole violations related to drug usage. Upon searching Mr. Castillo, he was found in possession of 7 strips of suboxone and a small green balloon filled urine. Mr. Castillo admitted he intended to defraud his urine test by using someone else's urine. As a result of this conduct, Mr. Castillo was charged with knowingly possessing an instrument, tool, device, or substance adapted, designed or commonly used to defraud the administration of a drug test, a 4th degree crime. This matter remains pending. |

U.S. Probation Officer Action:
Mr. Castillo has admitted to having a substance abuse problem and has asked for help in combatting his addiction. The federal probation office and state parole have been working together to offer him treatment services. The probation office is referring him to an inpatient substance abuse treatment program. At the present time, it is respectfully recommended no action be taken by the court to allow Mr. Castillo time to attend and complete an inpatient program. If he does not successfully complete the program or relapses, the Court will be notified with a plan of action.

Prob 12A – page 2  
Sandy Castillo

Respectfully submitted,

SUSAN M. SMALLEY, Chief  
U.S. Probation Officer

*Patrick Hattersley/SGM*

By:  PATRICK HATTERSLEY  
Supervising U.S. Probation Officer

/ ph

APPROVED:

_____    1/09/2023
SUZANNE GOLDA-MARTINEZ            Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____  
Signature of Judicial Officer

January 9, 2023  
_____  
Date